

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-12-01167-CV

THE BOARD OF TRUSTEES OF THE HOUSTON
FIRE FIGHTERS' RELIEF AND RETIREMENT FUND, Appellant

V.

THE CITY OF HOUSTON, TEXAS, Appellee

Appeal from the 189th District Court of Harris County.   (Tr. Ct. No. 2012-28760).

This case is an appeal from the final judgment signed by the trial court on December 21, 2012.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment granting summary judgment to Appellee and issuing a writ of mandamus. There also was reversible error in the trial court's judgment denying summary judgment to the Appellant.   Accordingly, the Court **reverses** the trial court's judgment and **renders** judgment in favor of the Board of Trustees of the Houston Fire Fighters' Relief and Retirement Fund.

The Court **orders** that the appellee, The City of Houston, Texas, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 27, 2015.

Panel consists of Justices Jennings and Brown. Opinion delivered by Justice Brown.